921 À.2d 445

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT,
v. RICKY LEE, DEFENDANT–PETITIONER.

April 30, 2007.

ORDERED that the petition for certification is granted, and the matter is summarily remanded to the trial court for reconsideration of defendant's racial profiling issue in light of *State v. Calvin Lee,* 190 *N.J.* 270, 920 *A.*2d 80 (2007).

921 A.2d 445

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v.
IVAN RODRIGUEZ, DEFENDANT–PETITIONER.

April 30, 2007.

ORDERED that the petition for certification is granted, limited solely to the sentencing issue raised by defendant, and the matter is summarily remanded to the trial court for resentencing in light of *State v. Natale,* 184 *N.J.* 458, 878 *A.*2d 724 (2005).